NUMBER 13-05-755-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

RHONDA PASSONS,                                                Appellant,

 

                                           v.

 

ALLSTATE
PROPERTY AND CASUALTY INSURANCE 

COMPANY,                                                              Appellee.

___________________________________________________________________

 

                 On appeal from the 117th  District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, RHONDA
PASSONS, perfected an appeal from a judgment entered by the 117th
District Court of Nueces County, Texas, in cause number 03-4211-B.  After the record
was filed, the parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that they
have reached an agreement to settle and compromise their differences in this
appeal.  The parties request that the
appeal be dismissed, with costs adjudged against the party incurring same.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 9th day of March, 2006.